FILED IN
COURT OF CRIMINAL APPEALS

May 5, 2015

ABEL ACOSTA, CLERK

PD-1039-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/4/2015 3:06:15 PM
Accepted 5/5/2015 9:36:41 AM
ABEL ACOSTA
CLERK

## NO. PD-1039-14

# IN THE COURT OF CRIMINAL APPEALS

# OF THE STATE OF TEXAS

| | |
|---|---|
| JOSE GUADALUPE RODRIGUEZ ELLIZONDO, *Appellant* | APPEAL OF CAUSE NO. CR-3485-10-I |
| vs. | FROM THE 398TH DISTRICT COURT OF |
| THE STATE OF TEXAS, *Appellee* | HIDALGO COUNTY, TEXAS |

## STATE/APPELLEE'S MOTION FOR LEAVE TO FILE A LATE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES the State of Texas, by and through the undersigned Assistant Criminal District Attorney, and respectfully files this, State's Motion for Leave to File a Late Brief, in the above-referenced case, and in support thereof, would show unto the Court the following:

1.  On November 14, 2010, Appellant, Jose Guadalupe Rodriguez Elizondo, was found guilty of one count of Murder. [CR 014]. On November 14, 2010, Appellant was sentenced by the jury to a term of 25 years imprisonment. [CR 069].

2.  On August 31, 2010, the Court of Appeals for the Thirteenth Judicial District issued a Memorandum Opinion affirming Appellant's conviction.

3.   On August 5, 2014, Appellant filed his first motion to extent time to file a petition for discretionary review.

4.   On August 21, 2014, Appellant filed his second motion to extent time to file a petition for discretionary review

5.   On October 1, 2014, Appellant filed a petition for discretionary review.

6.   On January 28, 2015, this Court granted the petition for discretionary review.

7.   On February 6, 2015, Appellant filed his first motion for extention of time to file his brief.

8.   Appellant's brief was filed on March 16, 2015.

9.   On April 15, 2015, the State filed a motion for an extension of time to file Appellee's brief[1].

10.  On November 30, 2012, this Court granted the State's first motion for extension of time, granting the State until April 30, 2015..

11.  On December 28, 2012, the State filed a second motion for extension of time requesting an additional 15 days.

12.  The undersigned attorney had been working diligently on the State's brief in this case, however due to the mistake in the extension request the undersigned attorney believed he had until May 15, 2015. Due to this error the State's brief is now being filed with this Court late.

13.  Appellant's appellate attorney of record, Brandy M. Wingate, is not opposed to the State's Motion for Leave to File a Late Brief.

14.  The motion is not made for the purpose of delay, but so justice may be done.

WHEREFORE, PREMISES CONSIDERED, the State prays that this

---

[1] The State intended to request 30 days by way of this motion for extension. The date the State's brief would have been due under this timeline would have been May 15, 2015. However, due to a typographical error this Court granted an extension of 15 days.

Honorable Court grant its request for leave to file the Brief for the State in this case late.

Respectfully submitted,

RICARDO RODRIGUEZ, JR.
CRIMINAL DISTRICT ATTORNEY
HIDALGO COUNTY, TEXAS

*/s/ Michael W. Morris*
MICHAEL W. MORRIS, ASSISTANT
Criminal District Attorney
Lead Counsel for Appellee
State Bar No. 24076880

Office of the Criminal District Attorney
Hidalgo County Courthouse
100 North Closner
Edinburg, Texas 78539
Telephone:   (956) 318-2300 ext. 781
Telefax:       (956) 380-0407
ATTORNEYS FOR THE STATE
Michael.Morris@da.co.hidalgo.tx.us

## CERTIFICATE OF SERVICE

I, MICHAEL W. MORRIS, do hereby certify that I have mailed a copy of the foregoing Motion to File a Late Brief to Appellant Jose Guadalupe Rodriguez Elizondo's appellate attorney of record, Brandy Wingate Voss, The Smith Law Group, P.C., through e-service.

Dated this, the 4th day of May, 2015.

_/s/ Michael W. Morris_
MICHAEL W. MORRIS, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
HIDALGO COUNTY, TEXAS